**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

Richard Richardson

Plaintiff

-vs-

New York City and the
New York City Police Trust
officer Novidade #F1061
John Doe # 13555

Defendant(s)
_____

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

OCT 2009

**ROSS, J.**

I, Richard Richardson , am the plaintiff in the above entitled case. I
hereby request to proceed without being required to prepay fees or costs or give security therefore.
I state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefore, and I believe I am entitled to redress.

**BLOOM, M.J.**

1.     If you are presently employed:
            a) give the name and address of your employer
            b) state the amount of your earnings per month

2.     If you are **NOT PRESENTLY EMPLOYED:**
            a) state the date of start and termination of your last employment
            b) state your earnings per month.
            **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

1997   Retire NYC correction officer

3.     Have you received, within the past twelve months, any money from any source? If so,
        name the source and the amount of money you received.

No

            a) Are you receiving any public benefits?                    ☑ No  ☐ Yes, $ _____
            b) Do you receive any income from any other source?   ☐ No  ☑ Yes, $ 1,630 mot

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    _____ No _____

5.  Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☑ No   ☐ Yes, _____

6.  List the person(s) that you pay money to support and the amount you pay each month.

    Paid $1,000. for my daughter
    college education a month

7.  Do you pay for rent or for a mortgage? If so, how much each month?

    Rent $100 week

8.  State any special financial circumstances which the Court should consider.

    on SET income from
    SSD

    _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 10/20/09                    Richardson R/
                                   (signature)

rev. 7/2002