UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

RICHARD RICHARDSON,

                        Plaintiff,                    **ORDER**
                                                                        **09 CV 4647 (ARR)(LB)**

       -against-

SERGEANT LYNDON PROVIDENCE -
Shield # 19061; POLICE OFFICER
JASWANT DYAL - Shield #13885,

                        Defendants.

----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

       On November 16, 2009, the Court directed the Assistant Corporation Counsel to provide the full names and service addresses for the defendants allegedly involved in the events detailed in plaintiff's complaint, pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997)(per curiam). By letter dated December 18, 2009, the Assistant Corporation Counsel provides the following information:

       Sergeant Lyndon Providence - Shield # 19061
       Transit District #30
       Transit District Office
       Hoyt/Schermerhorn Street Station
       Brooklyn, NY 11201

       Police Officer Jaswant Dyal - Shield # 13885
       Transit District #30
       Transit District Office
       Hoyt/Schermerhorn Street Station
       Brooklyn, NY 11201

       The Clerk of Court is hereby directed to prepare the necessary papers to have these defendants served with process, and to update the docket sheet accordingly. The United States

Marshals Service is hereby directed to serve the summons and complaint on the defendants at the addresses listed above.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: December 22, 2009
    Brooklyn, New York

2