AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Eastern District of New York

Richard Richardson

AMENDED

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER: 09-CV-4647 (ARR)(LB)

Sergeant Lyndon Providence, et. al.

TO: (Name and address of defendant)

Sergeant Lyndon Providence - Shield # 19061
Transit District # 30
Transit District Office
Hoyt / Schermerhorn Street Station
Brooklyn, NY 11201

Police Officer Jaswant Dyal - Shield # 13885
Transit District # 30
Transit District Office
Hoyt / Schermerhorn Street Station
Brooklyn, NY 11201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Richardson, pro se

Cadman Plaza Post Office

P.O. Box 22886

Brooklyn, NY 11202-2886

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**ROBERT C. HEINEMANN**
CLERK

W. Latka-Mucha
(BY) DEPUTY CLERK

12/28/2009
DATE

This form was electronically produced by Judy Deanda using Omniform Internet Publisher.