ORIGINAL

09-cv-4647 (arr)LB 10-12-10
PRO SE

Richard Richardson
Cadman Plaza Post Office
P.O. Box 22886
Brooklyn, NY 11202

P.S. SEE Copy From 9-10-10

THE Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

RECEIVED OCT 13 2010 PRO SE OFFICE

DEAR Magistrate Judge Bloom
I Richard Richardson PRO SE case # 09-cv-4647 (arr)LB Here by write you to let you and the court know the Corporation Counsel Lisa marie Richardson miss the 30 days deadline for my new request on officer Sergeant Lyndon Providence #19061 involved an incident he was in and the file was close because the Victim did not follow up on it, and Plus Since 10/6/10 Lisa Richardson Still do not return my phone calls.

CC
Corporation Counsel
Lisa m Richardson

Respectfully Submitted
/s/ R Richardson
10-12-10

**COPY**

PRO SE
09-cv-4647 arr 74) 09-10-10

Richardson v. P.O. Providency
et al 09-cv-4647 (arr) LB

Richard Richardson
Cadman Plaza Post Office
P.O. Box 22886
Brooklyn NY, 11202

RECEIVED SEP 10 2010 PRO SE OFFICE

DEFFICE COUNSEL LISA M. Richardson

I Richard Richardson Plaintiff PROSE Hereby write to you to request on discovery. The confidentiality Disciplinary file on Sergeant Lyndon Providence Shield #19061 on who was the allegedly complaint involved on an incident that was colse because the victim did not follow up on the incident. And also in writing Why was Sergeant Lyndon Providence Shield #19061 Silver and not Gold like an Sergeant Shield Supposed to be. on the Date of 10/14/09 the Plaintiff Incident at the day Street Station. B'klyn N.Y. reason why I request because he had on a SILVER Shield and not Gold Shield.

Respectfully Submitted
09-10-10
(s) Richardson

CC
Magistrate Judge
Lois Bloom

## STAND-UP MRI OF BENSONHURST, P.C.
2671 86th Street • Brooklyn, New York 11223
Phone: 718.946.7304 • Fax: 718.946.7308

**RICHARD RICHARDSON**   BK101811            Report Date:   08/24/10
DOB:           03/20/1956
Exam Date:   08/24/2010

**NADEEM A. CHAUDHRY, MD**
**8411 7TH AVE**
**BROOKLYN, NY 11228**

### MAGNETIC RESONANCE IMAGING SCAN OF THE LEFT HAND

**TECHNIQUE:**   Neutral/Sitting:   Axial T1, Axial T2, Coronal T1, Gradient Echo Coronal, Sagittal T1.

**INTERPRETATION:** A surface marker was placed over the area of the proximal third metacarpophalangeal joint.

Exam demonstrates subchondral signal abnormality in the head of the first metacarpal. There are also marginal osteophytes.

Joint space narrowing is seen, with a small synovial effusion.

There is subchondral signal abnormality in the head of the first metacarpal. The finding may reflect arthritic changes. However, the possibility of a small subchondral fracture is not excluded. Correlation with radiographs is recommended.

The flexor and extensor tendons, and radial and ulnar collateral ligaments are intact. No soft tissue mass is identified. The neurovascular bundles are unremarkable.

**IMPRESSION:**   SUBCHONDRAL SIGNAL ABNORMALITY IN THE HEAD OF THE FIRST METACARPAL, ASSOCIATED WITH JOINT SPACE NARROWING AND MARGINAL OSTEOPHYTE FORMATION, LIKELY REFLECTING OSTEOARTHROSIS, ALTHOUGH THE POSSIBILITY OF ASSOCIATED SUBCHONDRAL FRACTURE/INFRACTION IS NOT EXCLUDED.
NO DISLOCATION, OR LIGAMENTOUS OR TENDON TEAR IDENTIFIED.

Sincerely,

*[signature]*

Samuel Mayerfield, MD
SM/ar

8/24/10

P.S.
I Richard was diagnosed with more than a sprain finger and still under treatment now