UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RICHARD RICHARDSON,

                                Plaintiff,                          **ORDER**
                                                                                    09 CV 4647 (ARR)(LB)

     -against-

SERGEANT LYNDON PROVIDENCE -
Shield # 19061; POLICE OFFICER
JASWANT DYAL - Shield #13885,

                                Defendants.
----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      By letter dated October 12, 2010, plaintiff moves to compel defendants' responses to discovery requests, which had purportedly not been timely served. (Document 32.)  Defendants respond, stating that they timely mailed plaintiff the responses on October 12, 2010. (Document 33.)  Plaintiff's request is therefore denied.  The Court reminds plaintiff that he is obligated to make a diligent, good faith effort to resolve any discovery dispute with opposing counsel before seeking Court intervention. (<u>See</u> Discovery Order dated May 20, 2010, document 19.)

SO ORDERED.

                                                                                    /Signed by Judge Lois Bloom/

                                                                                    LOIS BLOOM
Dated: October 21, 2010                                     United States Magistrate Judge
        Brooklyn, New York

1