UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

RICHARD RICHARDSON

                            Plaintiff,

            -against-

SERGEANT LYNDON PROVIDENCE, Shield No.19061,
and POLICE OFFICER JASWANT DYAL, Shield No.
13885

                         Defendants.

-------------------------------------------------------------------------X

**NOTICE OF RENEWED**
**MOTION FOR SUMMARY**
**JUDGMENT**

09 CV 4647 (ARR)(LB)

      **PLEASE TAKE NOTICE** that upon the Local Civil Rule 56.1 Statement dated February 23, 2011; the annexed Local Civil Rule 56.2 Statement, dated October 13, 2011; the Declaration of Assistant Corporation Counsel Lisa M. Richardson dated February 23, 2011, and the exhibits annexed thereto; and upon all prior pleadings and proceedings had herein, defendants Police Officer Providence and Police Officer Dyal renew their motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, on a date to be determined by the Court and in accordance with the Court's decision of August 22, 2011, on the grounds that there are no material issues of fact in dispute that warrant a trial, and that defendants Police Officer Providence and Police Officer Dyal are entitled to judgment as a matter of law on these claims, and for such other and further relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served on or before October 28, 2011.

      **PLEASE TAKE FURTHER NOTICE** that reply papers, if any, pursuant to the Court's July 22, 2011 Order, shall be served on or before November 4, 2011.

Dated: New York, New York
      October 13, 2011

                           MICHAEL A. CARDOZO
                           Corporation Counsel of the
                             City of New York
                           *Attorney for Defendants Police Officer Providence*
                           *and Police Officer Dyal*
                           100 Church Street, Rm. 3-170
                           New York, New York 10007
                           (212) 442-0832

                           By: _____
                               Lisa M. Richardson

                               Assistant Corporation Counsel
                               Special Federal Litigation Division

TO: <u>BY MAIL</u>
      Richard Richardson
      *Plaintiff Pro Se*
      Cadman Plaza Post Office
      P.O. Box 22886
      Brooklyn, NY 11202

Index No. 09 CV 4647 (ARR)(LB)

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICHARD RICHARDSON

                                                        Plaintiff,

                        -against-

SERGEANT LYNDON PROVIDENCE, Shield No.19061, and
POLICE OFFICER JASWANT DYAL, Shield No. 13885

                                                        Defendants

---

**NOTICE OF MOTION**

---

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants Police Officer Providence and Police*
*Officer Dyal*
*100 Church Street*
*New York, New York  10007*

*Assistant Corporation Counsel: Lisa M. Richardson*
*Tel:  (212) 442-0832*

---

*Due and timely service is hereby admitted.*

*New  York,  N.Y. ................................................................ ,*
*2011.*

*.................................................................................*
*Esq.*

*Attorney*
*for...........................................................................*